IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY N. PARNELL,<br><br>        Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>        Respondent. | 8:20CV352<br><br>**ORDER** |

This matter is before the court on Respondent's Motion to Substitute Appropriate Respondent. (Filing 12.) Upon careful consideration,

IT IS ORDERED that Respondent's Motion to Substitute Appropriate Respondent (filing 12) is granted. The clerk's office is directed to update the court's records to reflect that Scott R. Frakes is the sole proper respondent in this action.

Dated this 3rd day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge