IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY N. PARNELL,<br><br>               Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>               Respondent. | 8:20CV352<br><br>**ORDER** |

IT IS ORDERED that:

1. Respondent's unopposed Motion for Extension of Time (Filing 25) is granted. Respondent shall have until August 6, 2021, to file his answer and brief.

2. The clerk's office is directed to set the following pro se case management deadline: **August 6, 2021**: check for Respondent's answer and brief.

3. The clerk's office is further directed to terminate the motion event for Petitioner's Response to Motion to Continue (Filing 26) as it appears the Response was mistakenly docketed as a motion. Petitioner does not seek relief from the court but only to advise that he does not object to Respondent's request for an extension.

Dated this 7th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge